**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7003**

---

KEVIN HAUGHTON,

Petitioner - Appellant,

versus

JON GALLEY, Warden; ATTORNEY GENERAL FOR THE
STATE OF MARYLAND,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
01-2562-PJM)

---

Submitted:  December 16, 2002        Decided:  December 19, 2002

---

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Kevin Haughton, Appellant Pro Se. John Joseph Curran, Jr., Attorney
General, Mary Ann Rapp Ince, OFFICE OF THE ATTORNEY GENERAL OF
MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kevin Haughton seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Haughton has not made a substantial showing of the denial of a constitutional right. See Haughton v. Galley, No. CA-01-2562-PJM (D. Md. June 6, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED